# IN THE
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

MICHELLE R. CLENNEY,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

Case No. 4:14-cv-04051-JEH

## Amended Order

    This matter is now before the Court on the parties' Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. 405(g) (Doc. 18). In their Motion, the parties jointly request that the Court reverse this case and remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The parties stipulate that upon remand, the Administrative Law Judge will further consider the opinion evidence of record, including the opinions of Dr. Ciacco and the State agency psychological consultants, and reassess Plaintiff's credibility and maximum residual functional capacity during the period at issue. The parties further stipulate that upon remand the ALJ will, if warranted, obtain supplemental vocational expert evidence to assist in determining whether the claimant can perform the demands of other work in the national economy on a sustained basis.

The Court finds the request for remand appropriate and so the Motion to Remand (Doc. 18) is GRANTED. Accordingly, the Commissioner's decision in this matter is REVERSED and the case is REMANDED to the Commissioner for a new hearing pursuant to the fourth sentence of 42 U.S.C. § 405(g).   On April 7, 2015, the Clerk properly entered Judgment in favor of the Plaintiff and against the Defendant. This matter remains terminated.

*It is so ordered.*

Entered on November 20, 2015.


s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE